# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leroy Mack, Jr. and Tanya M Andrews-Mack <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-17252 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9863

                                                 Respectfully submitted,

                                                 **/s/Thomas Puleo, Esquire**
                                                 Thomas Puleo, Esquire
                                                 Brian C. Nicholas, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406