United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-17252-amc
Leroy Mack, Jr.                                                           Chapter 13
Tanya M Andrews-Mack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jan 10, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db/jdb        +Leroy Mack, Jr.,   Tanya M Andrews-Mack,   8137 Chelwynde Avenue,   Philadelphia, PA 19153-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Leroy  Mack, Jr. dmo160west@gmail.com,
          davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Tanya M Andrews-Mack dmo160west@gmail.com,
          davidoffenecf@gmail.com
          GILBERT B. WEISMAN    on behalf of Creditor   ECast Settlement Corporation notices@becket-lee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leroy Mack Jr<br>Tanya M. Mack-Andrews<br>_Debtors_ | | CHAPTER 13 |
| Nationstar Mortgage LLC<br>_Movant_<br>vs. | | NO. 13-17252 AMC |
| Leroy Mack Jr<br>Tanya M. Mack-Andrews<br>_Debtors_ | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>_Trustee_ | | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is

**$1,327.59**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | October 2016 through November 2016 at $1,067.41 |
| Suspense Balance: | $807.23 |
| **Total Post-Petition Arrears** | **$1,327.59** |

2.      The Debtors shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtors shall file an Amended

Chapter Plan to include the post-petition arrears of **$1,327.59** along with the pre-petition arrears;

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-

petition arrears of **$1,327.59** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or

Supplemental Proof of Claim;

d). Maintenance of monthly mortgage payments that are subject to change under the Note to

the Movant thereafter to the following address;

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
P.O. BOX 619094
Dallas, TX 75261
877-343-5602

3.      Should debtors provide sufficient proof of payments (front & back copies of cancelled

checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtors should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    November 28, 2016

By: _____

Thomas I. Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 12/1/2016

David M. Offen Esq.
Attorney for Debtors

WILLIAM C. MILLER ESQ
TRUSTEE     STAFF ATTY
Date: 16-5-16

Approved by the Court this day of _____, 2016. However, the court retains discretion regarding entry of any further order.

**Date: January 9, 2017**

_____

Bankruptcy Judge
Ashely M. Chan