**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrews-Mack, Tanya  aka Tanya M Andrews aka Tanya M Mack<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-17252 BIF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9863

                                     Respectfully submitted,

                                     **/s/Brian C. Nicholas, Esquire**
                                     Brian C. Nicholas, Esquire
                                     Thomas Puleo, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 825-6306  FAX (215) 825-6406