IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LEROY MACK, JR. | ) |
| TANYA M. ANDREWS-MACK | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| SANTANDER CONSUMER USA INC. | ) Case No.: 13-17252 (AMC) |
| **Moving Party** | ) |
| v. | ) |
| | ) **Hearing Date: 6-13-17 at 11:00 AM** |
| LEROY MACK, JR. | ) |
| TANYA M. ANDREWS-MACK | ) 11 U.S.C. 362 |
| **Respondent(s)** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |
| | ) |
| | ) |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2010 Honda CRV** bearing vehicle identification number 5J6RE4H74AL090605 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **June 13, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE