Case 13-17252-amc    Doc 57    Filed 06/15/17    Entered 06/16/17 01:09:29    Desc Imaged
                             Certificate of Notice    Page 1 of 2

```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                       Case No. 13-17252-amc
Leroy Mack, Jr.                                              Chapter 13
Tanya M Andrews-Mack
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: DonnaR              Page 1 of 1          Date Rcvd: Jun 13, 2017
                            Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
```
db/jdb        +Leroy Mack, Jr.,    Tanya M Andrews-Mack,    8137 Chelwynde Avenue,    Philadelphia, PA 19153-1115
cr            +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Leroy  Mack, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Tanya M Andrews-Mack dmo160west@gmail.com,
               davidoffenecf@gmail.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                              TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LEROY MACK, JR.<br>　　　TANYA M. ANDREWS-MACK<br>　　**Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>　　**Moving Party**<br>　v. | Case No.: 13-17252 (AMC) |
| | **Hearing Date: 6-13-17 at 11:00 AM** |
| LEROY MACK, JR.<br>TANYA M. ANDREWS-MACK<br>　　**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>　　**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

　　Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

　　ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2010 Honda CRV** bearing vehicle identification number 5J6RE4H74AL090605 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

　　**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **June 13, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE