IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Leroy Mack, Jr. | : | No.  13-17252-AMC |
| Debtor | | |

O R D E R

AND NOW, this           day of                  , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: May 10, 2018**        _____
　　　　　　　　　　　　　　　　HONORABLE ASHELY M CHAN
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

Leroy Mack, Jr.

Payroll Controller
Commonwealth of Pennsylvania
SCI – Graterford
PO Box 246, Route 29
Graterford, PA 194262