Certificate Number: 12433-PAE-DE-031128404

Bankruptcy Case Number: 13-17252



12433-PAE-DE-031128404

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2018, at 12:13 o'clock PM EDT, Leroy Mack completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 4, 2018        By:    /s/Candace Jones

                          Name:  Candace Jones

                          Title: Counselor