# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Leroy Mack, Jr.**
**Tanya M Andrews-Mack**
Debtor(s)

Case No. **13-17252-bif**
Chapter **13**

## ADDENDUM TO AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

1. **THE CHAPTER 13 TRUSTEE IS AUTHORIZED TO DISTRIBUTE THE SUM OF $2,871.11 THAT HE IS HOLDING TO NATIONSTAR. PURSUANT TO THE STIPULATION ENTERED INTO BY THE DEBTOR, ANY AMOUNTS THAT ARE NOT PAID OFF IN THIS CASE PURSUANT TO THE STIPULATION SHALL REMAIN DUE AND OWING AFTER THE DISCHARGE IS ENTERED.**

Date **March 24, 2014**

Signature /s/ David M. Offen
David M. Offen
Debtor's Counsel

## CERTIFICATE OF SERVICE

**THE CHAPTER 13 TRUSTEE AND SECURED CREDITOR NATIONSTAR ARE BEING SERVED A COPY OF THE AMENDED CHAPTER 13 PLAN BY ELECTRONIC MAIL.**

/s/ David M. Offen
David M. Offen
601 Walnut Street
The Curtis Center Suite 160W
Philadelphia, PA 19106
215-625-9600