# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Leroy Mack, Jr.**  
**Tanya M Andrews-Mack**  
Debtor(s)

Case No. **13-17252-bif**  
Chapter **13**

## SUPPLEMENTAL ADDENDUM TO AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

1. **THE CHAPTER 13 TRUSTEE IS AUTHORIZED TO DISTRIBUTE THE SUM OF $1,327.59 THAT HE IS HOLDING TO NATIONSTAR, PURSUANT TO THE STIPULATION ENTERED INTO BY THE DEBTOR, AND ANY OTHER AMOUNTS HELD BY THE TRUSTEE MAY BE PAID PRO RATA TO UNSECURED CREDITORS.**

Date **June 6, 2018**

Signature /s/ David M. Offen  
David M. Offen  
Debtor's Counsel

## CERTIFICATE OF SERVICE

**THE CHAPTER 13 TRUSTEE AND SECURED CREDITOR NATIONSTAR ARE BEING SERVED A COPY OF THE AMENDED CHAPTER 13 PLAN BY ELECTRONIC MAIL.**

/s/ David M. Offen  
David M. Offen  
601 Walnut Street  
The Curtis Center Suite 160W  
Philadelphia, PA 19106  
215-625-9600