```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 13-17252-amc
Leroy Mack, Jr.                                                 Chapter 13
Tanya M Andrews-Mack
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                  Page 1 of 3                  Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb         +Leroy Mack, Jr.,    Tanya M Andrews-Mack,    8137 Chelwynde Avenue,    Philadelphia, PA 19153-1115
cr             +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13137164        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13129181       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13896866       +Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13223970       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13129182       +Ccs/Bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13129183       +Ccs/Cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13129184       +Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13129187       +Compucredit Corp/Salut,    Po Box 105555,    Atlanta, GA 30348-5555
13129188       +Compucredit/Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
13129189       +Continental Finance Ll,    121 Continental Dr Ste 1,    Newark, DE 19713-4347
13129198       +First Mutual Savings Bank,    16900 Redmond Way,    Redmond, WA 98052-4407
13129199       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13129203       +MRS Associates,    1930 Olney Drive,    Cherry Hill, NJ 08003-2016
13239586      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     Attn: Bankruptcy Department,
                 350 Highland Drive,    Lewisville, PA 75067)
13129205        Nationstar Mortgage,    transferred from Bank of America,    P.O. Box 650783,
                 Dallas, TX 75265-0783
13839962       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13143868        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13129207       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13164910       +Service Finance Co., LLC,    555 S. Federal Hwy #200,    Boca Raton, FL 33432-6033
13129208       +Service Finance Compan,    555 S Federal Hwy Ste 20,    Boca Raton, FL 33432-5505
13129209       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13231743        Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
13919987       +William E. Craig, Esquire,    c/o Santander Consumer USA Inc.,
                 Morton & Craig, LLC 110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057
13162149        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
13143680        eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:05
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13173632        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 02:45:04
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13129185       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 02:28:42      Comenity Bank/Ashstwrt,
                 Po Box 182789,    Columbus, OH 43218-2789
13129186       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 02:28:42      Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43214-1301
13129190       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2018 02:33:09      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13129191       +E-mail/PDF: pa_dc_ed@navient.com Aug 08 2018 02:33:41      Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13129197       +E-mail/Text: bankruptcy@northstargt.com Aug 08 2018 02:29:26      Equinox Collection Ser,
                 5807 S Garnett Rd Ste L,    Tulsa, OK 74146-6824
13157322        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2018 02:29:18      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13233123        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13129202       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 02:29:09      MCM,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
13195310        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:15
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13233124       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:12
                 PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13129206       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:05
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2                  User: DonnaR                 Page 2 of 3                  Date Rcvd: Aug 07, 2018
                                      Form ID: 138NEW              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13197983        +E-mail/Text: csidl@sbcglobal.net Aug 08 2018 02:29:28      Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13144978         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2018 02:28:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13249521         E-mail/PDF: pa_dc_ed@navient.com Aug 08 2018 02:33:08      Sallie Mae Inc, On Behalf of The,
                 Department of Education,   DOE,   P.O. Box 740351,   Atlanta, GA 30374-0351
13129210        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 02:28:29
                 Verizon Wirelss,   2000 Corporate Dr,   Orangeburg, NY 10962-2624
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECast Settlement Corporation,    PO Box 29262,   New York, NY 10087-9262
cr*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,
                  Dallas, TX 75261-9741)
13129192*       +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13129193*       +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13129194*       +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13129195*       +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13129196*       +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13129200*       +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13129201*       +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13157323*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13161938*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13129204*       +MRS Associates,   1930 Olney Drive,    Cherry Hill, NJ 08003-2016
13503128*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     P.O. Box 619096,
                  Dallas, TX 75261-9741)
                                                                                            TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Leroy  Mack, Jr. dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Tanya M Andrews-Mack dmo160west@gmail.com,
           davidoffenecf@gmail.com
          GILBERT B. WEISMAN    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
          THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3                  Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                                            TOTAL: 15

Case 13-17252-amc    Doc 72    Filed 08/09/18    Entered 08/10/18 01:07:58    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Leroy Mack, Jr. and Tanya M Andrews–Mack

Debtor(s)

Bankruptcy No: 13–17252–amc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/7/18

70 – 69
Form 138_new