United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 13-17252-amc
Leroy Mack, Jr.                                                                           Chapter 13
Tanya M Andrews-Mack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin                 Page 1 of 2              Date Rcvd: Sep 14, 2018
                              Form ID: 3180W              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db/jdb         +Leroy Mack, Jr.,    Tanya M Andrews-Mack,    8137 Chelwynde Avenue,    Philadelphia, PA 19153-1115
13239586      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,     Attn: Bankruptcy Department,
                350 Highland Drive,    Lewisville, PA 75067)
13164910       +Service Finance Co., LLC,    555 S. Federal Hwy #200,     Boca Raton, FL 33432-6033
13231743        Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:45     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:40
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13137164        EDI: BECKLEE.COM Sep 15 2018 06:38:00     American Express Centurion Bank,
                c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13173632        EDI: AIS.COM Sep 15 2018 06:38:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
13157322        EDI: JEFFERSONCAP.COM Sep 15 2018 06:38:00     Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
13233123        EDI: RESURGENT.COM Sep 15 2018 06:38:00     LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13195310        EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
13233124       +EDI: RESURGENT.COM Sep 15 2018 06:38:00     PYOD, LLC its successors and assigns as assignee,
                of B-Line, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13197983       +E-mail/Text: csidl@sbcglobal.net Sep 15 2018 02:58:24     Premier Bankcard/ Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
13144978        EDI: Q3G.COM Sep 15 2018 06:38:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
13249521        EDI: NAVIENTFKASMDOE.COM Sep 15 2018 06:38:00     Sallie Mae Inc, On Behalf of The,
                Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
13143868        EDI: DRIV.COM Sep 15 2018 06:38:00     Santander Consumer USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
13143680        EDI: ECAST.COM Sep 15 2018 06:38:00     eCAST Settlement Corporation, assignee,
                of Citibank (South Dakota), N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                                TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: admin                  Page 2 of 2                  Date Rcvd: Sep 14, 2018
                               Form ID: 3180W               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Leroy  Mack, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Tanya M Andrews-Mack dmo160west@gmail.com,
               davidoffenecf@gmail.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leroy Mack Jr.** | Social Security number or ITIN **xxx−xx−0658** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tanya M Andrews−Mack** | Social Security number or ITIN **xxx−xx−5651** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **13−17252−amc** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leroy Mack Jr.                                    Tanya M Andrews−Mack
                                                  aka Tanya M Andrews, aka Tanya M Mack

9/13/18                                           **By the court:**    <u>Ashely M. Chan</u>
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**